# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5075
_____

PERCIVAL-CHARLES FERRIS, JR.,

Appellant,

v.

GOVERNOR RICK SCOTT and
JULIE JONES, Secretary, Florida
Dep't of Corrections,

Appellees.

_____

On appeal from the Circuit Court in Columbia County.
Paul S. Bryan, Judge.

August 10, 2018

PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Percival-Charles Ferris, Jr., pro se, Appellant.

Kenneth Steely, Assistant General Counsel for Dep't of Corrections, Tallahassee, for Appellees.